DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 APRIL 2013

| | | | |
|---|---|---|---|
| 449P12 | Charles Lester Thorpe and Mary Louise Thorpe, Administrators of the Estate of Charles Leamon Thorpe v. TJM Ocean Isle Partners, LLC; Coastal Structures Corporation; Coastal Carolina Construction and Development, Inc.; and Development, Inc.; and Unidentified Vessel | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-99-2) | Denied |
| 450P10-2 | State v. Matthew Edward McCormick | 1. Def's *Pro Se* PWC to Review the Order of Guilford County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed in *Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 469P12 | State v. James Calvin Boyd | 1. Def's NOA Based on a Constitutional Question (COA12-75)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. State's Motion to Deem Response to NOA and PDR Timely Filed | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied<br><br>3. Dismissed<br><br>4. Dismissed |
| 474P12 | Kenneth B. Darty v. Timothy George Kohuth | 1. Def's *Pro Se* Motion for NOA (COA12-705)<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 489P12 | State v. Ramone Dangelo Cunningham | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-23) | Denied<br><br>**Beasley, J., Recused** |
| 490P12 | Corria Thompson v. Charlotte-Mecklenburg Board of Education | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-93) | Denied |